UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STERLING R. RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:12-0562 |
| | ) JUDGE TRAUGER |
| JEFFREY SCOTT, | ) |
| Defendant. | ) |
| STERLING R. RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:12-0953 |
| | ) JUDGE TRAUGER |
| BRETT W. SHIELDS, et al, | ) |
| Defendants. | ) |

## NOTICE OF AGREED VOLUNTARY DISMISSAL

Come now the parties and hereby give notice to the Court of the agreed voluntary dismissal of the above-captioned civil actions, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The parties shall bear their own costs.

Respectfully submitted,

Sterling R. Rivers
Plaintiff

Kristin E. Berexa by MLR with permission
Kristin E. Berexa
FARRAH & BATES
211 7th Avenue, North, Ste. 500
Nashville, TN 37219
Telephone: 615/254-3060

DAVID RIVERA
United States Attorney
Middle District of Tennessee
By:
MICHAEL L. RODEN
Assistant United States Attorney
B.P.R. No. 010595
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

1